IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM BARRACLOUGH and FANG YAN,

    Plaintiffs,

vs.

ANIMAL FRIENDS, INC. et al.,

    Defendants.

Docket No.: 2:23-cv-654

**JURY TRIAL DEMANDED**

## MOTION TO WITHDRAW APPEARANCE

And now, comes Robert J. Grimm, Esquire and the law firm of Walsh Barnes, P.C. and files the following Motion to Withdraw their appearance on behalf of the Defendants, Animal Friends, Inc., Justin Galvin and Krista Koontz asserting and setting forth the following:

1. The Plaintiffs, William Barraclough and Fang Yan initiated the within Civil Rights Complaint on or about April 21, 2023.

2. Pursuant to the liability insurance policy issued by Cincinnati Insurance Company to the Defendants, Robert J. Grimm, Esquire and the law firm of Walsh Barnes, P.C. entered an appearance on behalf of the Defendants on May 8, 2023.

3. Subsequent to the Entry of Appearance, Cincinnati Insurance Company learned that the Defendants had primary liability insurance with Travelers Insurance Company.

4. On or about April 18, 2023, Cynthia O'Donnell, Esquire, Sunshine R. Fellows, Esquire and Paul Shane Miller, Esquired entered their appearance on behalf of the Defendants.

5. As indicated above, it is believed that the Travelers Liability Insurance Policy is the primary insurance policy for the Defendants and therefore, Robert J. Grimm, Esquire and the law firm of Walsh Barnes, P.C. request to withdraw their appearance.

6. The Defendants' responsive pleading to the Plaintiffs' Complaint is due on or before June 26, 2023.

7. No discovery has taken place and there will be on prejudice to any of the parties by the withdraw of the appearance by Robert J. Grimm, Esquire and the law firm of Walsh Barnes, P.C.

**WHEREFORE**, Robert J. Grimm, Esquire and the law firm of Walsh Barnes, P.C. requests this Honorable Court to enter the attached Order allowing them to withdraw their appearance on behalf of the Defendants.

Respectfully submitted,

WALSH BARNES, P.C.

By: _____
Robert J. Grimm, Esquire
PA ID No. 55381
2100 Corporate Drive
Suite 300
Wexford, PA 15090
(412) 261-3288
rgrimm@walshlegal.net
Attorneys for Defendants,
Animal Friends, Inc.

IN THE UNITED STATES DISTRICT COURT FOR WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM BARRACLOUGH and FANG YAN,

    Plaintiffs,

vs.

ANIMAL FRIENDS, INC. et al.,

    Defendants.

Docket No.: 2:23-cv-654

**JURY TRIAL DEMANDED**

## ORDER OF COURT

And now, this _____ day of _____, 2023, upon consideration of the Motion to Withdraw Appearance, it is hereby ORDERED and DECREED that the same is GRANTED. The appearance of Robert J. Grimm, Esquire and Walsh Barnes, P.C. on behalf of all Defendants is hereby withdrawn.

                                                                                                             _____ J.

## CERTIFICATE OF SERVICE

I, Robert J. Grimm, Esquire, hereby certify that true and correct copies of the foregoing **Motion to Withdraw Appearance** has been served this  5th  day of  June  , 2023 by **ECF Filing**, to:

Joel S. Sansone, Esquire
Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
Pittsburgh, PA 15222
Email: jsansone@joelsansonelaw.com
(Counsel for Plaintiffs)

Cynthia L. O'Donnell, Esquire
Paul Shane Miller, Esquire
Sunshine R. Fellows, Esquire
BARBER RANEN LLP
136 Woodbine Drive
Cranberry Township, PA 16066
E-mail: Cynthia.O'Donnell@BarberRanen.com; Shane.Miller@BarberRanen.com;
Sunshine.R.Fellows@BarberRanen.com
(Counsel for Defendants)

Respectfully submitted,

WALSH BARNES, P.C.

By: _____
Robert J. Grimm, Esquire
Counsel for Defendants,
Animal Friends, Inc.